428 A.2d 692

Commonwealth v. Leonard, Appellant.

 Argued June 20, 1979. Peter Rosalsky, for appellant; Neil Kitros-

618

ser, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.